# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                              Case No. 19-12304-mdc

     Lorie Dominick,                             Chapter 13

          Debtor.

## Withdrawal of Appearance

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date: January 19, 2024          JENSEN BAGNATO, P.C.
                                 *Outgoing Counsel for Debtor*

                              By: /s/ Erik B. Jensen
                                  Erik B. Jensen
                                  1500 Walnut Street, Suite 1510
                                  Philadelphia, PA 19102
                                  215-546-4700
                                  erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtor in this matter.

Date: January 19, 2024          CIBIK LAW, P.C.
                                   *Counsel for Debtor*

                              By: /s/ Michael A. Cibik
                                  Michael A. Cibik (#23110)
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  215-735-1060
                                  mail@cibiklaw.com