United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12304-amc |
| Lorie Dominick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorie Dominick, 2855 Lardner Street, Philadelphia, PA 19149-3517 |
| 14305219 | + | Jonathan P. Cawley Esquire, 3220 Tillman Drive suite 215, Bensalem, PA 19020-2028 |
| 14305223 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14312517 | + | Pennsylvania Unemployment, 100 North Cameron Street, Harrisburg, PA 17101-2424 |
| 14644968 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14330475 | + | Viriva Community Credit Union, 157 York Road, Warminster PA 18974-4514 |
| 14305230 | + | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |
| 14305231 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14305212 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 00:03:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14317506 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 16 2024 23:49:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14305213 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 16 2024 23:48:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14316483 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 16 2024 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14309698 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2024 23:48:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14305226 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2024 23:48:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14381813 | | Email/Text: megan.harper@phila.gov | Jul 16 2024 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14324219 | + | Email/Text: documentfiling@lciinc.com | Jul 16 2024 23:48:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14323273 | + | Email/Text: RASEBN@raslg.com | Jul 16 2024 23:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14305215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Jul 16 2024 23:52:52 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14305216 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2024 23:49:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14305217 | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14309582 | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14323893 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2024 23:52:45 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., PO BOX 15368, Wilmington DE 19850 |
| 14305214 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2024 00:04:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14317421 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2024 23:52:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305220 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2024 23:52:52 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14315413 | Email/Text: amps@manleydeas.com | Jul 16 2024 23:49:00 | MidFirst Bank, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14344967 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 16 2024 23:52:52 | MidFirst Bank, 999 NW Grand Boulevard Suite 100, Oklahoma City OK 73118-6051 |
| 14314802 | Email/Text: amps@manleydeas.com | Jul 16 2024 23:49:00 | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14305221 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 16 2024 23:53:01 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14305222 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 16 2024 23:49:00 | Ocwen Loan Servicing, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14342890 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2024 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14305224 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2024 23:49:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14343912 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2024 23:52:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14305225 | + Email/Text: bankruptcy1@pffcu.org | Jul 16 2024 23:49:00 | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14341229 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 23:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14305227 | + Email/Text: DeftBkr@santander.us | Jul 16 2024 23:49:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14312724 | + Email/Text: DeftBkr@santander.us | Jul 16 2024 23:49:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 14313722 | + Email/Text: DeftBkr@santander.us | Jul 16 2024 23:49:00 | Santander Bank, N.A., PO BOX 16255, MC 10-421-CP2, Reading, PA 19612-6255 |
| 14307309 | ^ MEBN | Jul 16 2024 23:47:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14306592 | ^ MEBN | Jul 16 2024 23:47:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14305228 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2024 23:52:52 | Synchrony Bank/Stein Mart, Attn: Bankruptcy |

Case 19-12304-amc   Doc 56   Filed 07/18/24   Entered 07/19/24 00:35:46   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 14305229 | ^ MEBN | Jul 16 2024 23:47:30 | Dept, Po Box 965060, Orlando, FL 32896-5060<br>Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14305218 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 16 2024 23:49:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lorie Dominick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 55 − 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Lorie Dominick )  Case No. 19−12304−amc
 )
 )
    Debtor(s). )  Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 16, 2024                                                                                  For The Court

                                                                                                                    Timothy B. McGrath
                                                                                                                    Clerk of Court